# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _____

christopher peterson )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )  Case No. _____
)  (to be assigned by Clerk)
eastern district )
Judicial system )
washington county sheriff office )
Jc Police dept And carter county sheriff office
And washington county VA sheriff office
Name of defendant(s)

FILED
FEB 09 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_____
_____
_____

2. Plaintiff, Christopher Dewayne Peterson resides at
292 New Hope Rd. , Jonesborough
street address                          city
Washington Co. , TN , 37659 , 423-262-6781
county        state   zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____
_____

1

/s/ Christopher Peterson

Chrisketthew Otenno


FEB 09 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Greeneville

3. Defendant, Washington Co. Sheriff's office lives at, or its business is located at
112 W. Jackson Blvd, Jonesborough,
street address — city
Washington, TN, 37659.
county — state — zip code

(if more than one defendant, provide the same information for each defendant below)
Johnson city Police dept
601 e main st Johnson city
tenn 37601

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

carter county sheriff office 900 e elk Ave Elizabethton tn 37643.

my wife poared rubbing Alcohol all over me And my 3 year old son And set me And her self on Fire every since Ive got out of Icu hospital Johnson city I went to washington county to make Report to tell them what my wife did to me And the washington county sherf office tell me there nothing they can do Ive beged them to make Report And to investgation And they will Not make Report or do investgation because one of there officer is having Affair with my wife so he is stoping me taking me to Jail everytime he sees me And He has continously harassing me puting me in Jail and

April 27, 2017  *Christopher Peterson*

When I got off work I went to pick up Chance from my mother's. It was a little after 10pm when I got home with him. As we were walking up to the door I noticed the door was cracked open a little and I remembered locking it that morning when I left. As I walked through the door, no lights were on and I felt something wet splash on me. Chance was holding onto my pants leg so he was possibly splashed as well. He was 3 years old at the time. I walked over and turned kitchen light on and Trista Kennedy-Peterson was standing there holding a bottle of rubbing alcohol. She turned and picked up a lighter and flicked it once and nothing happened. She flicked it a second time and her whole body was engulfed in flames. I ran towards her to try to help put out the fire and she started running towards the bathroom. In the process of trying to help her, I went up in flames as well. I was on fire from the top of my head down to my neck. After I stopped the fire from spreading, I went to the kitchen sink to spray myself off. All of her kids were present when this incident happened.

    Trista immediately started saying that I couldn't tell the truth about what she had done for the kids' sake saying Chance would be taking from us and she would lose all her other kids. I knew we both needed to go to the hospital. The babysitter was also there and witnessed what happened. She stayed with the kids and I went to Johnson City Medical Center. Trista said she needed to go to a different hospital so they couldn't figure out the truth of why we were both burned so bad. She went to Bristol Regional Medical Center. She had 3rd degree burns to her whole body. I also had 3rd degree burns to my head, face, and neck. I was in ICU for several days.

    I didn't have health insurance at the time so when I was released I feel that's why they didn't give me any cream or antibiotic. I went to Walgreens in Jonesborough to get a burn cream and a stranger pulled me to the side and told me he was a doctor and that I needed to go to the hospital because my burns were life threatening. I told him I just left the hospital. He told me he would see me in his office and write me a prescription for antibiotic so I wouldn't get a bacterial infection. He said regardless whether I had insurance or not the hospital should have not released me due to the extent of my burns especially without antibiotics or proper wound care. He said he was going to make an Active Labor Complaint against the Johnson City Medical Center. My sister drove me to his office at Watauga Recovery Center. He wrote me a prescription for an antibiotic and suboxone for pain.

    My sister drove me to Walgreens in Jonesborough to get prescriptions filled and then she took me to the Washington County Sheriff's Department to file a report on the incident and the officer laughed at me and said there was nothing they could do because I didn't file it the day of the incident. I explained to him that I was just released from the hospital. I asked for a supervisor and again was told there was nothing they could do. I have been to the Washington County Sheriff's Department over 20 times trying to get them to open an investigation and no on helps me.

    Trista admitted to me to having an affair with a Washington County Sheriff's officer. His name is Officer Ethan Brotherton. Since finding out, Officer Brotherton has tried to cause problems for me. He came to my place of business and opened the garage door and he called in 40ft tractor trailers to load up my building materials saying they were stolen. I asked to see the warrant and Officer Brotherton said he didn't have one but he was taking the materials. I

PS Now since I've filed complaint with doj the washington county has had Johnson city police dept falsely charge me two more times I've been picked up

And thrown IN Jail And the Police dept knows good And well that I did Not commit Any crime this make over 42 times Ive been Falsely Arrested And throne IN Jail Please help me officer brotherton made treats to put me Away For Life because I Failed complaint with doN I was Arrested 1-15-2021 And Again oN 1-22-2021 there well Aware that IM Not guilty oF ANY crime IF someone will Read these Reports they can see that IM Not guilty oF ANY oF these crimes everytime I Leave my driveway the JCPd is pulling me oR MY trucks over And searching them And Arrested me oR my brother FoR No Reason only because officer brotherton IS sleeping with my wife And IM tired oF being Arrest And tired oF being throwed IN Jail oN False charges Please help me IM Really being Attacked And taking IN And there beating me up why IM IN Jail

FILED FEB 09 2021 Clerk, U. S. District Court Eastern District of Tennessee At Greeneville

told him I had receipts from Lowe's, Home Depot, and Builder's First Source and he said he didn't care about receipts, he believed it was stolen. He said he would arrest me if I tried to stop him. If him or his supervisor see me, I am pulled over and arrested without cause or false charges that have since been dismissed. They've executed search warrants on my home looking for guns and ammo. Nothing has ever been found in these searches. They have also entered my home without a warrant or my permission claiming to be looking for a certain individual, breaking doors and trashing my home. Officer Brotherton told me on one occasion that if I went back to try to file a report against Trista over setting me on fire, he would make sure drugs and firearms would be found on my property. Officer Brotherton has put me in jail numerous times. On one occasion was for a car wreck that didn't happen. That caused my license to be suspended. Another time for Aggravated Assault that my was my brother but I was also arrested for it. Another time I was arrested for aggravated assault on a neighbor saying I had a gun and the neighbor went to court with me and admitted he lied. I was also made aware that statements were made from Washington County Sheriff's Department in TN to Washington County, VA police that I was nothing but a thieving piece of shit. I was charged with 2 counts of grand larceny in Washington County, VA which has since been dismissed but I spent 31 days in jail plus bonds. Officer Lloyd of Washington County, VA knew I had purchased a truck from someone and that I didn't steal it. My home security cameras were running while he told me this so it is recorded. Trista has taken out several Orders of Protection against me that Officer Brotherton signed off on. I was arrested 3 different times for this and spent several days in jail. Another time I was at Browns Mill Rd. Walmart with my niece at self check-out and all of sudden I was told to go with Johnson City Police Department because they thought I was trying to shoplift. I told them we were having trouble with the scanner. They immediately ask me what Officer Brotherton's problem was with me. I was arrested. I had cellophane with marijuana for a joint in it but the officer put in the arrest warrant that I had 4 Percocet and something looking like broken glass so I was charged with methamphetamine. Now DCS believes I am on drugs.

  Trista has made at least 20 allegations of me using drugs with DCS. My brother, Michael said she has videos of me doing drugs. These videos are from 2017. I have been clean and have passed probably 19 drug tests for DCS. She got a nexus burner pre-paid phone. She has been able to hack every phone I get even using different phone companies. I went through Sprint, T-Mobile and even Straight Talk and she still gets in my phones somehow. She changes my settings, location and turns on Bluetooth. She gets my contact lists and gets my text messages. She has also been able to audio record me. I have made complaints with phone companies and even google. She seems to be concerned with my drug use and try use it against me, even though I've been clean, to prevent me from reporting her about the fire but she has been using her kids urine to pass her drug tests for jobs and DCS. My son, Chance has even told me he had to pee for mommy.

  I also purchased a bobcat. I received a call to do some work in Elizabethton. Carter County police were there at job site when I arrived and arrested me for Theft over $10,000. I posted bond and was left in Carter county jail for 3 days before Washington County came to get me. I posted bond in Washington County and it was 38 days before I went in front of Judge.

*Christopher Return* (signature)

FILED
FEB 09 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Greeneville

I demand Judgement for the Relief I want the court to grant christopher Peterson me 850 million dollars and I want my wife to be charged for setting me and herself on fire and for attemped murder on our 3 year old son and me she made treats to burn me and my son up Alive and 3 week later she committed the crime and she left a ton of evendance behind and I want officer brotherton to be charged for not making report and for depriving me of my constitutional Rights and civil Rights under 34 u.s.c. Tittle II of the Americans with disabitities of 1990 and section 504 of the rehabilition Act of 1973 42 u.s.c. 12131 et seq and 29 u.s.c. 794 ADA and section 504

Title VI of the civil Rights Act of 1964 and the OJP program statute 42 u.s.c. 2000 d.e.t. seq. And 34 u.sc 10228

5. A demand for judgment for the relief you seek (list what you want the Court to do):

    a. Im Asking For 850 million dollars to be granted to me For the Police misconduct

    b. And For Failure to Intervene Title 18 U.S.C section 242

    c. deprivation of rights under color of Law Title 18 U.S.C, section 245

    d. Federally Protected Activities Title 42 U.S.C section 14141

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 2 day of 9, 20 21

*Signature of plaintiff(s)*

FILED
FEB 09 2021
Clerk, U.S. District Court
Eastern District of Tennessee
At Greeneville

3