UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| CHRISTOPHER PETERSON, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 2:21-cv-025 |
| v. | ) | |
| | ) | Judge Atchley |
| WASHINGTON COUNTY SHERIFF'S DEPARTMENT, et al., | ) | |
| | ) | Magistrate Judge Wyrick |
| *Defendants*. | ) | |

## JUDGMENT

In accordance with the contemporaneously filed order, Plaintiff's complaint [Doc. 1] has been **DISMISSED WITH PREJUDICE**. Additionally, Plaintiff's Motion to Appoint Counsel [Doc. 3] has been **DENIED**

/s/ *LeAnna R. Wilson*
**LeAnna R. Wilson**
**CLERK OF COURT**